**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Brad Guillory
Law Office of Brad Guillory
940 Ryan St.
Lake Charles LA 70601

Erin F. Hargrave
Law Office of Brad Guillory
940 Ryan St.
Lake Charles LA 70601

Heath J. Dorsey
Law Office of Brad Guillory
940 Ryan St.
Lake Charles LA 70601

**REHEARING ACTION: June 20, 2017**

**Docket Number: 17   00530-CW**

**JOSEPH NEIL BOUDREAUX**
**VERSUS**
**AMY GAIL MARIE BOUDREAUX**

**Writ Application from Calcasieu Parish Case No. 2016-650**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Phyllis M. Keaty**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Amy Gail Marie Boudreaux** has this day been

   **DENIED.**

cc: Stephen A. Berniard, Jr., Counsel for  the Respondent